# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00644-CV

**Jason Itkin, Appellant**

**v.**

**Texas Department of Public Safety, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. 257,902, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

Appellant has filed an unopposed motion to dismiss his appeal. Tex. R. App. P. 42.1(a)(2) (West 2001). We grant the motion and dismiss the appeal.


Lee Yeakel, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellant's Motion

Filed: March 28, 2002

Do Not Publish